Mr. Justice ROBERTS dissents for the reasons most recently noted in *Smeltz v. Copeland*, 440 Pa. 224, 226, 269 A. 2d 466, 468 (1970) (dissenting opinion) and once again urges that the unwise and unjust doctrine of governmental immunity be abolished.

Mr. Justice POMEROY dissents for the reasons set forth in his dissenting opinion in *Laughner v. Allegheny County*, 436 Pa. 572, 576, 261 A. 2d 607 (1970).

## Commonwealth *v.* Smith, Appellant.

Submitted November 25, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Austin J. McGreal,* for appellant.

*Richard Max Bockol* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, April 22, 1971:

Order affirmed.

Mr. Justice COHEN took no part in the decision of this case.